■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINICK MALDONADO, Appellant. [724 NYS2d 880] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Roman, J.), rendered August 26, 1999, convicting him of attempted robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his argument regarding the legal sufficiency of the evidence (*see,*

CPL 470.05 [2]; *People v Colavito,* 70 NY2d 996, 997; *People v Bynum,* 70 NY2d 858, 859; *People v Fryar,* 276 AD2d 641; *People v Lewis,* 251 AD2d 598). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that there was legally sufficient evidence to establish beyond a reasonable doubt that the defendant attempted to commit robbery in the second degree, in that he intended to forcibly take property from the complainant while being aided by others (*see, People v Luke,* 279 AD2d 534; Penal Law § 110.00, 160.10 [1]). Moreover, upon the exercise of our factual review power, we find that the jury verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]). O'Brien, J. P., Friedmann, Feuerstein and Cozier, JJ., concur.